**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

|  |  |  |
|---|---|---|
| WARNER BROTHERS RECORDING COMPANY, et al., | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO. C-07-12 |
| JOSE L. GARCIA, | § § | |
| Defendant. | § § § | |

**ORDER**

On this day the Court conducted an Initial Pretrial Conference in the above-styled action.  The Court hereby RESETS the Initial Pretrial Conference for April 24, 2007 at 1:15 P.M.  Plaintiff is ORDERED to serve the Defendant with a copy of this Order.

SIGNED and ENTERED this 22nd day of February, 2007.

_____
Janis Graham Jack
United States District Judge